# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00447-CR

**James Eric Grant, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
### NO. 67168, THE HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant James Eric Grant seeks to appeal from a judgment adjudicating him guilty of possession of a controlled substance. *See* Tex. Code Crim. Proc. art. 42.12, §§ 5(b), 21, 23; Tex. Health & Safety Code § 482.115. Sentence was imposed on June 6, 2014. No motion for new trial was filed. Therefore, the deadline for perfecting appeal was July 7, 2014. *See* Tex. R. App. P. 26.2(a)(1). Appellant filed his notice of appeal on July 17, 2014. No extension of time for filing the notice of appeal was requested. *See* Tex. R. App. P. 26.3. Thus, appellant's notice of appeal, filed 41 days after sentence was imposed, is untimely. Absent a timely filed notice of appeal, we do not obtain jurisdiction to address the merits of the appeal in a criminal case and can take no action other than to dismiss the appeal for want of jurisdiction. *See Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522–23 (Tex. Crim. App. 1996). Accordingly, we dismiss this appeal for want of jurisdiction.

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed for Want of Jurisdiction

Filed:   October 31, 2014

Do Not Publish